■ EUGENE LEFKOWITZ, Appellant, v ALFRED S. FRIEDMAN, Respondent. —In an action *inter alia* for specific performance of a contract for the sale of real property, plaintiff appeals from so much of (1) an order of the Supreme Court, Orange County, dated May 13, 1975, as denied his cross motion for summary judgment, and (2) a further order of the same court, dated July 29, 1975, as, upon reargument, adhered to the original determination. Appeal from the order dated May 13, 1975 dismissed as academic. That order was superseded by the order made upon reargument. Order dated July 29, 1975 affirmed insofar as appealed from. Defendant is awarded one bill of $50 costs and disbursements to cover both appeals. The plaintiff's cross motion for summary judgment was properly denied. Hopkins, Acting P. J., Margett, Damiani, Shapiro and Titone, JJ., concur.

■ JOHN MANCUSO et al., Respondents, v THEODORE J. BELLERIVE et al., Appellants. (And a Third-Party Action.)—In a negligence action to recover damages for personal injuries (1) all defendants appeal from so much of an interlocutory judgment of the Supreme Court, Kings County, entered February 26, 1976, as is in favor of plaintiffs and against them, after a jury trial limited to the issue of liability only, and (2) defendants Bellerive and Perry also appeal from the balance of the interlocutory judgment, which is in favor of defendant Miscoe Spring Beverage Co., Inc., on its cross claim against them. Interlocutory judgment affirmed, with one bill of costs to respondents against appellants jointly. The issue of contributory negligence was properly submitted to the jury; the Trial Judge properly declined to find contributory negligence as a matter of law. The Trial Judge was also correct in not charging the doctrine of assumption of risk. Martuscello, Acting P. J., Latham, Cohalan, Rabin and Hawkins, JJ., concur.